THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY MANNING, Appellant.—

Present—
Callahan, J. P., Denman, Green, Balio and Lawton, JJ.